IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION


JAMES L. MCCRACKEN, JR.                                          PLAINTIFF

        v.              Civil No. 3:11-cv-03132-JRM

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                   DEFENDANT

## JUDGMENT

For reasons stated in an order of this date, the undersigned remands this case to the

Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access

to Justice Act ("EAJA"), 28 U.S.C. § 2412, an application may be filed up until 30 days after the

judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended. *See*

*Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§

2412(d)(1)(B),(d)(2)(G).

IT IS SO ORDERED AND ADJUDGED this 8th day of August 2012.


                                    /s/ J. Marschewski
                                    HONORABLE JAMES R. MARSCHEWSKI
                                    CHIEF UNITED STATES MAGISTRATE JUDGE


AO72A
(Rev. 8/82)